[No. 12497-1-II. Division Two. October 11, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT CONROY, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap

County, No. 88-1-00404-6, Terence Hanley, J., entered December 22, 1988. *Affirmed* by unpublished per curiam opinion.